*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★



# MEMORANDUM OPINION

No. 04-08-00623-CR

**IN RE** Randall **DOUGLAS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Alma L. López, Chief Justice
               Karen Angelini, Justice
               Rebecca Simmons, Justice

Delivered and Filed:   September 10, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

On August 15, 2008, relator Randall Douglas filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his Petition for Writ of Habeas Corpus Release for Delay of Prosecution and Excessive Bail and his Motion for Reduction of Bond. Relator acknowledges he is represented by counsel. We conclude trial counsel is also relator's counsel for an original proceeding on the issue presented. Relator is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's pro se petition will be treated as presenting nothing for this court's review. *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.]

---

[1]This proceeding arises out of Cause No. 2007-CR-8538, styled *The State of Texas v. Randall Douglas*, in the 226th Judicial District Court, Bexar County, the Honorable Sid Harle presiding.

1994, orig. proceeding). Accordingly, relator's petition is denied. Relator's motion for leave to file the petition for writ of mandamus is denied as moot.

PER CURIAM

DO NOT PUBLISH